PD-0173-15

PD-0173-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/12/2015 11:26:19 AM
Accepted 2/12/2015 1:59:51 PM
ABEL ACOSTA
CLERK

CASE NO. _____

In the Court of Criminal Appeals
Austin, Texas

GORDON RAY LEWIS

FILED IN
COURT OF CRIMINAL APPEALS

February 12, 2015

ABEL ACOSTA, CLERK

Petitioner

V.

STATE OF TEXAS

Respondent

Appealed from the Second Court of Appeals
Fort Worth, Texas

Court of Appeals Cause No. 02-13-00367-CR

---

**MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR
DISCRETIONARY REVIEW**

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

NOW COMES Gordon Ray Lewis, petitioner, who makes and files the

following motion for extension of time in which to file his petition for

discretionary review, and in support thereof would respectfully show:

## I.

### CERTIFICATE OF CONFERENCE

This is to certify that a conference was held with the state's attorney regarding the merits of this motion and the requested relief. Counsel for the state advised that she did not oppose the requested relief.

## II.

On December 18, 2014, the Second Court of Appeals sitting in Fort Worth, Texas handed down its opinion and judgment affirming petitioner's conviction and sentence in cause number 02-13-00367-CR, styled *Gordon Ray Lewis v. The State of Texas*. Lewis filed a motion for extension of time to file his motion for rehearing on January 2, 2015 and the motion was granted January 12, 2015. Lewis then filed his motion for rehearing on January 9, 2015, which was denied by order of the Court on January 15, 2015.

## III.

Based on the calculations of petitioner's counsel, the petition for discretionary review in this matter is due February 16, 2015.

## IV.

Petitioner seeks an additional fourteen days in which to file his petition for discretionary review.

## V.

Good cause exists for this extension. Counsel for petitioner was out of the state from Monday, February 9 through Wednesday February 11, 2015 to prepare for and attend mediation in Case No.: D-1116-CV-2013-00523*; State of New Mexico, Ex. Rel, CMC Steel Constructors, Inc. d/b/a CMC Construction Services v. Hard Rock Builders, Inc. and Jaynes Corporation*, pending in the 11th Judicial District Court, San Juan County, New Mexico. Because the mediation took place in Farmington, New Mexico, extensive travel to and from Albuquerque, New Mexico was involved.

Preparation for and attendance at this mediation has precluded petitioner's counsel from completing a cogent, succinct petition for discretionary review presenting the issues ruled on by the court of appeals.

## V.

No previous extension to file a petition for discretionary review has been requested or granted.

## VI.

Petitioner Gordon Ray Lewis is currently incarcerated in the Texas Department of Criminal Justice, Institutional Division, serving a life sentence.

WHEREFORE, PREMISES CONSIDERED, petitioner prays that his motion for extension of time to file his petition for discretionary review in the above styled and numbered cause be sustained, and that he have up and including March 2, 2015 in which to complete and file his petition for discretionary review. Petitioner prays for such other and further relief, both general and special, at law or in equity, to which he may show herself to be justly entitled.

Respectfully submitted,

By: /s/*Michael W. Minton*
MICHAEL W. MINTON
State Bar No. 14194550

THE LAW OFFICES OF
MICHAEL W. MINTON, P.L.L.C.
6100 Western Place, Suite W0541
Fort Worth, Texas 76107
mminton@mintonlaw.com
Telephone: 817-377-9200
Facsimile: 817-377-9201

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of February, 2013, a true and correct copy of the above and foregoing document was sent U.S. certified mail, return receipt requested and/or facsimile transmittal to all counsel of record in the above-styled and numbered cause.

/s/*Michael W. Minton*
MICHAEL W. MINTON